**Electronically Filed
Supreme Court
SCWC-21-0000344
15-JUL-2025
02:46 PM
Dkt. 17 ODAC**

SCWC-21-0000344

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN RE PUMEHANA HUI LP DISSOLUTION

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000344; CAAP-21-0000475; CASE. NO. 1CSP-20-0000056)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner Greene Lane Capital, LLC's Application for

Writ of Certiorari, filed on May 22, 2025, is hereby rejected.

DATED:  Honolulu, Hawai'i, July 15, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

